UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

KEVIN DWAYNE THERIOT #423068,

      Plaintiff,                                      Case No. 2:18-cv-00092

v.                                                   Honorable Paul L. Maloney

JEFFREY WOODS, et al.,

      Defendants.
_____/

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:   September 28, 2020                      /s/ Paul L. Maloney
                                                                     Paul L. Maloney
                                                                     United States District Judge